DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | REENTRY OF REMOVED ALIEN |
| vs. ) | Vio. of 8 U.S.C. § 1326 (a) |
| ) | |
| SERGIO RUIZ-REINERRE, a/k/a SERGIO ) | |
| RUIZ-DURON, a/k/a SERGIO REINUERE ) | |
| RUIZ, a/k/a SERGIO RUIZ, a/k/a SERVIO ) | |
| REINIERE ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1:

On or about the 14th day of April, 2006, in the District of Alaska, the defendant,

SERGIO RUIZ-REINERRE, a/k/a SERGIO RUIZ-DURON, a/k/a SERGIO REINUERE

RUIZ, a/k/a SERVIO REINIERE, a/k/a SERGIO RUIZ, a/k/a SERVIO REINIERE, an alien who had been removed, excluded, and deported previously, was found in the United States at Anchorage, Alaska, the said defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3),(4) and 557) to reapply for admission into the United States.

All in violation of Title 8, United States Code, Section 1326 (a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: larry.card@usdoj.gov
AK Bar # 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: deb.smith@usdoj.gov

DATED: 4/19/06