MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __SERGIO RUIZ-REINERRE__   CASE NO. __3:06-cr-00042-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____LARRY CARD_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI - APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

INTERPRETER: _____CHANDLER THOMPSON (SPANISH)_____
_X_ Telephonic Appearance                      (Language)

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:38 a.m. court convened.

_X_ Copy of Indictment given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: _Sergio Reynieri Ruiz Duron_

_X_ Continued Arraignment set for **April 25, 2006 at 2:00 p.m.**

_X_ Defendant detained/Detention Hearing set for **April 25, 2006 at 2:00 p.m.**  Order of Temporary Detention **FILED**.

At 9:51 a.m. court adjourned.

DATE: ___April 24, 2006___       DEPUTY CLERK'S INITIALS: ___rc___