```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  SERGIO RUIZ-REINERRE      CASE NO. 3:06-cr-00042-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         LARRY CARD

DEFENDANT'S ATTORNEY:            MIKE DIENI

U.S.P.O.:                        PAULA MCCORMICK

INTERPRETER:                     CHANDLER THOMPSON   (SPANISH)
X Telephonic Appearance                             (Language)

PROCEEDINGS: CONTINUED ARRAIGNMENT/DETENTION HEARING HELD
             4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:12 p.m. court convened.

X Copy of Indictment given to defendant; waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name: same as above          Age: 19

X PLEAS: Not guilty to count   1 of the Indictment

X Detention uncontested/Order of Detention Pending Trial **FILED**.

X Pretrial motions due **May 15, 2006**     ; Order for the
  Progression of a Criminal Case **FILED**.

X Counsel advised of trial date: **June 12, 2006 at 8:30 a.m.**

X OTHER: Final pretrial conference set **June 6, 2006 at 8:30 a.m.**
Counsel to meet and confer by **April 28, 2006**.

At 2:15 p.m. court adjourned.

DATE: April 25, 2006          DEPUTY CLERK'S INITIALS:   rc