DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
larry.card@usdoj.gov
Alaska Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>  vs.<br><br>SERGIO RUIZ-REINERRE,<br><br>                    Defendant. | Case  No.  3:06-CR-042<br><br>DISCOVERY CONFERENCE<br>CERTIFICATE |

      This document certifies that the Defendant, Sergio Ruiz-Reinerre, through his counsel have requested discovery from the United States, pursuant to Fed. R. Crim. P. 16, and that the United States provided discovery in this case to the

defendant on April 26, 2006 and will continue to provide other discovery as it becomes available.

RESPECTFULLY submitted April 27, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


s/ Lawrence Card
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
larry.card@usdoj.gov
Alaska Bar No. 8011068


**CERTIFICATE OF SERVICE**
I hereby certify that on April 27, 2006, a copy of the foregoing, was served, electronically, on:

Michael Dieni


s/Lawrence Card