Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SERGIO RUIZ-REINERRE,<br><br>               Defendant. | Case No. 3:06-cr-0042-JDR<br><br>NON-OPPOSED MOTION FOR CHANGE OF PLEA HEARING AND CONSOLIDATED SENTENCING, *Filed on Shortened Time* |

Defendant, Sergio Ruiz-Reinerre, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a guilty plea and a proposed sentencing resolution. The government has agreed to non-oppose a time-served sentence, and the parties request to proceed to sentencing at the conclusion of the entry of a guilty plea.

///

///

///

DATED this 18th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Lawrence D. Card, Esq.

/s/ Michael D. Dieni