UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SERGIO RUIZ-REINERRE, a/k/a SERGIO RUIZ-DURON, a/k/a SERGIO REINUERE RUIZ, a/k/a SERGIO RUIZ, a/k/a SERVIO REINIERE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0042-JDR<br><br>PROPOSED<br>ORDER SCHEDULING CHANGE OF PLEA HEARING AND CONSOLIDATED SENTENCING |

　　　　After due consideration of defendant's motion on shortened time, the motion is GRANTED.

　　　　After due consideration of defendant's Non-Opposed Motion for Change of Plea Hearing and Consolidated Sentencing, the motion is GRANTED. A change of plea hearing and consolidated sentencing shall be held on _____, 2006, at _____ a.m./p.m.

　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge