UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> RUIZ-REINERRE </u>

DATE:  <u> May 18, 2006 </u>   CASE NO.  <u> 3:06-CR-0042-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Pursuant to the Non-Opposed Motion for Change of Plea Hearing and Consolidated Sentencing (Docket 11), a change of plea/sentencing hearing will be held on **Tuesday, May 30, 2006,** at **1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING